UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.    2:22-cv-01179-MEMF-AS                                         Date: July 15, 2024

Title    *R.J. Kulick v. Beverly Vandermeulen et al*

Present: The Honorable:    Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  Order to Show Cause Why the Action Should Not Be Dismissed**

Plaintiff R. J. Kulick ("Kulick") filed this action on February 18, 2022. Kulick filed a Motion for a Preliminary Injunction, which the Court denied on July 25, 2022. Kulick appealed decision, and the Ninth Circuit affirmed the Court's Order on October 18, 2022. *See* ECF No. 18. The mandate issued on November 9, 2022. Since then, no party has made any filings in this case.

There is no indication that Kulick has served process on any of the 23 named defendants.

Kulick is hereby ORDERED TO SHOW CAUSE in writing, no later than 14 days from the date of this Order, why this action should not be dismissed for lack of prosecution. It is the responsibility of plaintiff to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, plaintiff(s) must also pursue Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court, Local Rule 7-1. As an alternative to a written response by plaintiff(s), the Court will accept: Plaintiff's Proof of Service on all defendants. Failure to respond may result in dismissal of the case without further warning. No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a response on or before the date upon which a response by plaintiff(s) is due.

### RESOURCES FOR SELF-REPRESENTED PARTIES

Although Plaintiff is proceeding *pro se*, *i.e.*, without legal representation, he nonetheless is required to comply with Court orders, the Local Rules, and the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:22-cv-01179-MEMF-AS                                              Date: July 15, 2024

Title   *R.J. Kulick v. Beverly Vandermeulen et al*

*See* C.D. Cal. L.R. 83-2.2.3. The Local Rules are available on the Court's website, http://www.cacd.uscourts.gov/court-procedures/local-rules.

The Court cannot provide legal advice to any party, including *pro se* litigants. There is a free "*Pro Se* Clinic" that can provide information and guidance about many aspects of civil litigation in this Court.

- Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic). *Pro se* litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.
- Public Counsel also has extensive resources for *pro se* litigants at its website located at https://publiccounsel.org/services/federal-court/.
- The Court is also informed that the LA Law Library, located across the street from the First Street Courthouse at 301 W. First Street, Los Angeles, CA 90012, also has extensive resources for *pro se* litigants. The LA Law Library can be reached via email at reference@lalawlibrary.org, or via telephone at (213) 785-2513.

|                      | :   |
|---------------------:|:---:|
| **Initials of Preparer** | DBE |