1 | R.J. Kulick _____ (Full Name)

2 | 38122 Village 38 _____ (Address Line 1)

3 | Camarillo, CA 93012 _____ (Address Line 2)

4 | 310-474-1848 _____ (Phone Number)

5 | **Plaintiff in Pro Per**

```
                        FILED
              CLERK, U.S. DISTRICT COURT

                   JUL 25 2024

              CENTRAL DISTRICT OF CALIFORNIA
              BY      MRV        DEPUTY
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

R.J. Kulick

_____,

**Plaintiff,**

vs.

Beverly Vanderermeulen et al

Defendant(s)

_____

_____

_____

_____

_____

Case No.: 2:22-cv-01179-MEMF-AS

(1) In Opposition To Order Doc.#21 filed 7-15-24 As Unconstitutional & Conflict Of Interest & Bias In RE: Fifth Clause of Action Renders This "(1)"Motion As A Denial Of Equality, Fairness & Due Process To Plaintiff;

(2) Motion That USDC & USCA-9 & U.S. Supreme Court Lack Judicial Authority to Render Opinions That Result In Any Court(s) Ruling(s) Since Unconstitutional.

---

1. Please Note: Kulick in Pro Per, currently suffering from severe & chronic medical hardships which require 24 Hr. Homecare that have bearing(s) especially in on-going litigation(s) here & elsewhere. This extreme durass just getting worse moving forward. It's Kulick passion to if possible a definitive resolution one way or other in these judicial Court matter(s). His DYslexia condition a lifelong medical hardship in his

abitlities to read, write & edit what he writes. Which he

2  prays the Court(s) will take into their considerations Kulick-

3  's judicial arguments for or against a particular judicial

4  issue at hand in those "on-going Litigation)s)".His position

5  in this Case matters will be as brief as possible in RE:

6  the foregoing prevailing factul circumstance(s).

7  2. In RE: "(1) Motion", Please see Exhibit A, copy of Complai-

8  nt filed 2-18-22, especially its Firfth Cause of Action which

9  addressed reason(s) that this Court ignored entirely & it's

10  a consequence as in part an Unconstitutional, especially of

11  Due Process for Kulick, & copy of its Proof Of Service By

12  Mail to ALL Defendant(s) served on them on 2-16-22, & Conflict

13  Of Interest incorporated in copy of USCA-9's Docketing Notice

14  filed 11-6-23 which is the definitive basis why USDC & USCA-

15  9 & U.S. Supreme Court in Docket #23-3376 supports Kulick's

16  contention(s). Which are when the two political parties

17  tookover conrol of the U.S. Senate's Nomination Comte.to

18  elect sitting Federal Court Judges, that Nominee must adher

19  to that poltical party"s idealogy or will not get nominated.

20  Here's the problem any ruling of Opinion is now tainted with

21  an "idealogy" not the original intent or living intent of

22  the author(s) of the Constitution, the Founders. Anything in

23  that Constitution to become a law must be ratified by the

24  State's Legislaturers The blame here rests with John Adams

25  & Thomas Jefferson, who circumvented that "orginal & living

26  intents of the Constitution along with ratification in the

27  foregoing. While, John Marshall, who hated Adams & Jefferson

28  just looked-on without oppostion.Any Court rulings have no

1  direct Court enforement. That enforcement by Executive Br:

2  which can decide whether to enforce or not any Court ruling(s)

3  Not a pretty picture of our U.S. Rule of Law.Which Kulick

4  argues just words on paper a myth to placate other(s). However

5  Kulick does not want chaos & wants to accept a Court's ruling

6  when he feels that equality, fairness & Due Process present.

7  But, in this Case matter, he invokes this Unconstitutional

8  aspect for the reason(s) he has given:It's paramount for

9  Kulick that our National Security comes before anything else.

10  Even, if means that our liberties are effected but only for

11  a limited time  & then restored. This Court's Rules or any

12  Court(s) Rules are Uncontitutional based of Kulick's above

13  reasons, & copy of 7-15-10 fax to Ronald George, best expres-

14  ses Kulick's experiences as addressed in that fax. Which are

15  on-going & will not change. This is in part his passion &

16  reason to engage as he does in judicial matters close to his

17  heart & soul, & copy of USCA-9, Form 27 which as of this date

18  no Court action ever addressed, along with its Proof Of

19  Service dated 1-28-23. Please note: Kulick forgot to include

20  Article X in item #2 of that Form 27, Motion.

21  3. Well, this is Kulick's position on Order To Show/To/Cause why

22  this Action should not be dismissed by Hon. "MEMF". Whether

23  it prevails, not a wasted effort, because now a public re-

24  cord for other(s) to ponder about as valid or not. That's

25  Kulick's basic intent in his judicial interests for the

26  general good of a just society under our Constitutional'

27  & American way of life."Respectively"/Sincerely, R.J.Kulick

28    Submission date 7-22-24: c: O'Melveny & Myers, &
     Reuters, AP & parties of concern

3

Fee PAID

| | |
|---|---|
| 1 | R.J. Kulick        (Name:) |
| 2 | 38122 Village 38        (Address:) |
| 3 | Camarillo, CA 93012        (Address:) |
| 4 | 310-474-1848        (Phone Number) |
| 5 | Plaintiff in Pro Per |

FILED
CLERK, U.S. DISTRICT COURT
FEB 18 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

R.J. Kulick

Plaintiff,

vs.

Beverly Vandermeulen, Robert
Bueling, Richard Loomis, Charles
Kiskaden, George Jones, Robert
Scheaffer, Beaumont Tashjian,
Jeffrey A. Beaumont, Lisa A.
Tashjian, Tara Radley, Michelman
& Robinson, LLP, & Howard I.
Camhi, Jeff F. Tchakarov, Edward
D. Vaisbort, Kelly Hagemann,
Robert Riveles, Patrick Price,
Donald Marquardt, Manny Segovia, Daniel Rivas,
Eugene Rubinstein, Leisure Village Association, Inc.,
Linda Grant, & Does 1-100, Inclusive)

Defendant(s)

Case No: 2:22-CV-1179-MEMF-ASx

(1) Unconstitutional Contracts And Invalid Contracts;
(2) Violation of Americans With Disabilities Act of 1990;
(3) Declaratory Relief;
(4) Injunctive Relief; And
(5) Filing Of Magistrate Judge's Report And Recommendations Before This Court Dismisses This Case For Any Reasons; And
(6) Uncontitutional State Courts Judgement Awards of Attorneys Fees And Costs.

No Jury Trial

### I. Jurisdiction

This court has jurisdiction under 28 U.S.C. Section 1331 (federal question) & Americans With Disabilities Act Of 1990 &

Pro Se Civix Form

EXHIBIT A

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000



FILED

NOV 8 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

Molly C. Dwyer
Clerk of Court

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 23-3376 |
| Originating Case Number: | 2:23-cv-06474-GW-BF |
| Short Title: | Kulick v. United States Supreme Court, et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the
United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket
number shown above has been assigned to this case. You must indicate this Court of
Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically
transferred to this court for filing. Any motions seeking relief from this court must be
separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order,
or have placed an order, for portions of the trial transcripts. The court reporter will need
this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in
dismissal of the appeal.**

**Please read the enclosed materials carefully.**

*EXHIBIT A.*

## PROOF OF SERVICE BY MAIL

State of California     }

County of Ventura     }     ss.

I am a resident of the County of Ventura.  I am over the age of
eighteen years.  My address :

On  2-16-22         , I served the within: USDC,Central District of CA, Complaint
For: (1) Unconstitutional Contracts And Invalid Contracts; (2) Violation of
Americans With Disabilities Act of 1990; (3) Declaratory Relief; (4) Injunctive
Relief; And (5) Filing Of Magistrate Judge's Report And Recommendations Before
This Court Dismisses This Case For Any Reasons; And (6) Unconstitutional State
Courts Judgement Awards of Attorney Fees And Costs.

on the interested parties in this action as follows:  For:

Beverly Vandermeulen, Robert Bueling, Richard Loomis, Charles
Kiskaden, George Jones, Robert Scheaffer, Beaumont Tashjian,
Jeffrey A. Beaumont, Lisa A. Tashjian, Tara Radley, Michelman &
Robinson,LLP, & Howard I. Camhi, Jeff F. Tchakarov, Edward D.
Vaisbort, Kelly Hagemann, Robert Riveless, Patrick Price, Donald
Marquardt, Manny Segovia, Daniel Rivas, Eugene Rubinstein, Leisure
Village Association, Inc., Linda Grant, & Does 1-100, Inclusive,
at: 200 Leisure Village Dr., Camarillo, CA 93012

I  declare under penalty of perjury that the foregoing is true &
correct.

Dated at Camarillo, CA on   2-16-22

_____

R.J. Kulick in Pro Per

EXHIBIT A

## UNITED STATES COURT OF APPEALS
### FOR THE NINTH CIRCUIT

**Form 27. Motion for** | Opposition To Entire Order filed 1-25-23 As
~~Unconstitutional/Discrimination/Bias/Abusive~~

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form27instructions.pdf*

9th Cir. Case Number(s) | 22-55751

Case Name | R.J. Kulick v. Beverly Vandermeulen; et al.,

Lower Court or Agency Case Number | D.D.#2:22-cv-01179-MEMF-AS

What is your name? | R.J. Kulick in Pro Per

1. What do you want the court to do?

A panel rehearing & if denied a rehearing en banc. Since, just cause exists in Motion dated 10-25-22 for panel rehearing & Motion dated 11-12-22 for Petition For Hearing En Banc. STOP the tyranny of ALL Officers of the Court at ALL levels/Judges decide when there is NO doubt in their good conscience/no law is permanent/final resolve U.S. Supreme Court.

2. Why should the court do this? Be specific. Include all relevant facts and law that would persuade the court to grant your request. *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

Reason(s) related & inter-related to Constitution's Articles STILL to (1),(V11),(V111),(1X),(X1V.Section 1.), written by lawyers for lawyers with enforcement by a gun. Those died/injured for it in Vain for any Court to deny Due Process/equality/fairness. In good conscience this Court can NOT turn its back on foregoing. Kulick like millions of others rec'd Honorary Discharge from U.S. military to enforce it. We put our lives on the line for it That's what this entire litigation is ALL about. Kulick prays for Reconsiderations in this motion if the U.S. Rule of Law is to have any meaning!!! It's NOT "intimely" just the opposite for the greater good of society.

Your mailing address:

38122 Village 38

City | Camarillo    State | CA    Zip Code | 93012

Prisoner Inmate or A Number (if applicable)

Signature |    Date | 1-28-23

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 27                                                      *New 12/01/2018*

EXHIBIT A

Note: correction
al/

7-15-10   Person/Attn:/Confidential via fax

Fax to: Ronald George, Chief Justice/Chair, CA Judicial Council
From: R.J. Kulick, 9601 Wilshire Bl., Ste. 638, Beverly Hills, CA 90210

Dear Mr. George:

Today, read in LAT that you've decided to retire as Chief Justice, & wish
to express to you, mypersonal thanks for the service you have rendered in
our judicial system.

Whenever, I wrote to you, it was always in your capacity as Administrative
Chief of the Judicial Council, in matters pertaining to that function.
Especially, since you personally acted in that capacity in writing to the
State of N.Y. about CA having jurisdiction in a certain  financial
industry matter. And, your taking over the State Bar, CA when it became
in essence dysfunctional & scandalous.

After hearing you speak at the S.F. Commonwealth Club many years ago, I
wrote about how I was impressed with your astute views of the shortcomings
that exist in our judicial system starting at the law school level. I
did receive a reply for you by Wm. Vickrey, your Administrative Dir. of
the court in which he expressed your thanks for my letter to you.

Unfortunately, as you know, my position on the profession of law as
practiced today in my experience, I found it amuck with racketeers,
extortists, parasites & predators, who prey upon society as attorneys at
law. breed polluting our judicial system with liars & cheats. In this
regards judicial officers of the court like you are our best guard against
these judicial low lifes & moving forward based on the political realitys
how are judges are appointed these low life creep in.   Not a pretty
picture. Our county courts need a lot of Council oversite moving forward.

Like most Americans, I cherish our U.S. Constitution & Bill of Rights &
everythingthese precious documents provides us, even though there are
those among us, who undermine what these documents stand for, we must be
viligent in safeguarding as you have demonstrated, as an honorable Justice.

We both attended Beverly Hills High School, & your were my junior there.
It was a time of a somewhat golden age in those days at Beverly, so we
had the best of all worlds there.  Our morals & ethics at that time were
meaningful & very much practiced by most of us. But, today, sadly our
youth in a significant degree act in such a way that lying & cheating is
acceptable pointing to the actions of our highest political leaders from
the President down. And, in turn these youth are taking over the political
activities that run our society.  As you know, I opposed Nixon while he
was in office before the smoking gun was discovered in the Watergate
affair & requested & got back mypolitical contribution for his election
from the RNC.  Later, Isupported Reagan/Bush elections to get our country
going again w/no strings attached just get the party together. But, w/
Clinton's parsing of the word "is" a new/bad example has given cause for
other(s) to abridge/obstruct judicial permissiveness as being O.K.

Trust your retirement will be healthy & happy for you & yours.
God bless, R.J. Kulick          * too

c: concerned parties

EXHIBIT A

PROOF OF SERVICE VIA U.S. Mail

State of California    }

County of Ventura      }   ss.

I am a resident of the County of Ventura. I am over the age of eighteen years. My address 38122 Village 38, Camarillo, CA 93012

On /-28-23 , I served the within: USCA-9, Motion for Opposition to Entire Order filed 1-25-23 As Unconstitutional/Discrimination/ Bias/Abusive, Case#22-55751, D.C. Case#2:22-cv-01179-MEMF-As, R.J. Kulick v. Beverly Vandermeulen: et al

on the interested parties in this action as follows:  For:

Beverly Vandermeulen; et al, at: 200 Leisure Village Dr., Camarillo, CA 93012, as "et al" as all Defendant(s)-Appellees, all at same address in the foregoing

I declare under penalty of perjury that the foregoing is true & correct.

Dated at Camarillo, CA on          /-28-23

_____
R.J. Kulick in Pro Per

## PROOF OF SERVICE VIA U.S. Mail

State of California    }

County of Ventura      }    ss.

I am a resident of the County of Ventura. I am over the age of eighteen years. My address 38122 Village 38, Camarillo, CA 93012

On 7-22-24 , I served the within: USDC, Central District of CA, Two Motions in Csse #2:22-cv-01179-MEMF-AS. Submission date 7-22-24 by R.J. Kulick in Pro Per in RE: Doc.#21 filed on 7-15-24, Order To Show Cause Why The Action Should Not Be Dismissed by Judge "MEMF".

on the interested parties in this action as follows: For:

Beverly Vandermeulen, et al, at: 200 Leisure Village Dr., Camarillo, CA 93012

I declare under penalty of perjury that the foregoing is true & correct.

Dated at Camarillo, CA on 7-22-24

R.J. Kulick in Pro Per



R.J. Kulick
in Pro Per
38122 Village 38
Camarillo, CA 93012

Return Service Requested

7/22

e-timely filed

Encl: Two pleadings
Case #2:22-cv-01179 MEMF-AS, Kulick
V. Bonny Vrountas-Martinez
et al, RE: Doc #21.
Order filed 7-15-24
To Show Cause Why Action
Should Not Be Dismissed

c: file

Clerk USDC
Central District of CA
255 East Temple St., Room/SE
L.A. CA 90012

FREEDOM

SANTA CL    CA  90
23 JUL 2024  PM 5

90012-354760